*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: August 6, 2015                    520134
_____

In the Matter of the Claim of
    VIRGINIA L. OSTROM,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   June 8, 2015

Before:   Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ.

_____

        Virginia L. Ostrom, Norwich, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed March 11, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.   No opinion.

        Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ., concur.

-2- 520134

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court